# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   CECELIA STACHACZ   § Case No. 09-26205
                            §        Hon. JACQUELINE P. COX
                            §        Chapter 7
                            §
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30a.m. on 07/19/2012 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/18/2012        By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   CECELIA STACHACZ   §   Case No. 09-26205
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $36,830.01 |
| *and approved disbursements of* | $6,109.46 |
| *leaving a balance on hand of* [1] | $30,720.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $30,720.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $4,587.60 | $0.00 | $4,587.60 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $43.77 | $0.00 | $43.77 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $12,375.00 | $0.00 | $12,375.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN | $943.00 | $0.00 | $943.00 |
| *Accountant for Trustee, Expenses* | LOIS WEST/ POPOWCER KATTEN | $0.00 | $0.00 | $0.00 |
| *Auctioneer, Fees* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Auctioneer, Expenses* | |
| *Charges,   U.S. Bankruptcy Court* | |
| *Fees, United States Trustee* | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $17,949.37 |
| Remaining balance: | $12,771.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $12,771.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00__ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $12,771.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $79,441.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $13,507.81 | $0.00 | $2,171.53 |
| 2 | FIA Card Services successor to Bank of America/MBNA | $10,543.83 | $0.00 | $1,695.04 |
| 3 | PYOD, LLC assignee of Citibank | $19,376.16 | $0.00 | $3,114.93 |
| 4 | Chase Bank USA, NA | $22,683.51 | $0.00 | $3,646.63 |
| 5 | Chase Bank USA, NA | $13,330.62 | $0.00 | $2,143.05 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $12,771.18 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                              Case No. 09-26205-JPC
Cecelia Stachacz                                                    Chapter 7
           Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 3              Date Rcvd: Jun 20, 2012
                              Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2012.
db           +Cecelia Stachacz,   5841 S Menard Avenue,   Chicago, IL 60638-3733
14183408    #+AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14183406     +American Eagle Bank,   556 Randle Rd.,   South Elgin, IL 60177-3315
14183407      American Express,   POB 7871,   Fort Lauderdale, FL 33329
14183409     +Bank of America,   PO Box 1509,   Wilmington, DE 19899-1509
14183410     +Bank of America - Harrah’s,   POB 5019,   Wilmington, DE 19886-0001
14183411     +Barth Storage,   7803 60th Ave,   Kenosha, WI 53142-4010
14183413     +Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
14432871     +Century 21 LeMac Realty East,   40 Plaza Way, Suite 180,   Mountain Home, AR 72653-9262
14183414     +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14892707      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14183415     +Chase Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
14183416      Chase Card Services,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
14183417     +Citi Platinum SElect Card,   POB 688904,   Des Moines, IA 50368-8904
14183418     +Citi-Shell,   Processing Center,   Des Moines, IA 50363-0001
14183419     +Comcast Cable,   PO Box 3002,   Southeastern, PA 19398-3002
14183422    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH 45263)
14183423     +Fifth Third Bank,   POB 740789,   Cincinnati, OH 45274-0789
14399036     +Fifth Third Bank,   P .O .Box 829009,   Dallas, TX 75382-9009
14183425    #+Gregory Stachacz,   3550 Bay Sands Drive,   Unit 3092,   Laughlin, NV 89029-1313
14183426    #+Gregory Stachacz,   3550 Baysands Drive #3092,   Laughlin, NV 89029-1313
14183437     +HSBC Card Services,   Payment Center,   POB 17313,   Baltimore, MD 21297-1313
14183436     +Home Depot Credit Service,   Processing Center,   Des Moines, IA 50364-0001
14432872     +Progressive Northern Insurance,   Po Box 680,   Cleveland, OH 44107
14183439     +Safeguard Storage,   9800 South Harlem Ave,   Bridgeview, IL 60455-2336
14183440     +Sears,   PO Box 183082,   Columbus, OH 43218-3082
14183442    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
               MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,   8480 StageCoach Circle,
               Frederick, MD 21701)
14183441      Wells Fargo Bank,   PO Box 31667,   Billings, MT 59107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14183408     +E-mail/Text: g17768@att.com Jun 21 2012 08:27:36    AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14183420     +E-mail/Text: bankruptcy@commercebank.com Jun 21 2012 08:27:37    Commerce bank,   PO Box 411705,
               Kansas City, MO 64141-1705
14603138      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2012 08:39:50    DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
14183421     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2012 08:39:50    Discover Card,   PO Box 6103,
               Carol Stream, IL 60197-6103
14780669      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2012 08:39:49
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK 73124-8809
14183438      E-mail/Text: bnckohlsnotices@becket-lee.com Jun 21 2012 08:27:34    Kohls,
               N56 West 17000 Ridgewood Dr,   Menomonee Falls, WI 53051
14828960     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 21 2012 08:27:33
               PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14183424      Gregoary Stachacz
14183427      Gregory Stachacz
14183428      Gregory Stachacz
14183429      Gregory Stachacz
14183430      Gregory Stachacz
14183431      Gregory Stachacz
14183432      Gregory Stachacz
14183433      Gregory Stachacz
14183434      Gregory Stachacz
14183435      Gregory Stachacz
14183412    ##+Busby Roofing,   920 North Ridge,   Lombard, IL 60148-1226
                                                                                TOTALS: 10, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: cmendoza1           Page 2 of 3            Date Rcvd: Jun 20, 2012
                              Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2012**                       **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1               Page 3 of 3                  Date Rcvd: Jun 20, 2012
                              Form ID: pdf006               Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2012 at the address(es) listed below:
         Allan J DeMars     alland1023@aol.com
         Allan J DeMars     on behalf of Attorney Allan DeMars alland1023@aol.com
         Deborah K Ebner     on behalf of Debtor Cecelia Stachacz dkebner@deborahebnerlaw.com,
         sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
         Michael L Sherman     on behalf of Creditor   American Eagle Bank shermlaw1@aol.com
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
         Raymond J Ostler     on behalf of Creditor   Commerce Bank, NA rostler@gsgolaw.com
                                                                                                    TOTAL: 6